**STATE of Missouri, Respondent,**

v.

**Jimmie E. SMALL, Appellant.**

**No. WD 42243.**

Missouri Court of Appeals,
Western District.

April 3, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 29, 1990.

Application to Transfer Denied
July 31, 1990.

Bruce B. Brown and Roy W. Brown of Brown & Brown, Kearney, for appellant.

William E. Alberty, Knox County Pros. Atty., Edina, for respondent.

Before GAITAN, P.J., and CLARK and MANFORD, JJ.

## ORDER

PER CURIAM:

Direct appeal from a jury conviction for possession of wildlife, in violation of § 252.040, RSMo 1986.

Judgment affirmed. Rule 30.25(b).